

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00049-CV
_____


IN THE MATTER OF THE MARRIAGE OF CHRISTINE RUTH SLANKER
AND TED EUGENE SLANKER, JR. AND IN THE INTEREST
OF T.L.S., A CHILD


On Appeal from the County Court at Law
Lamar County, Texas
Trial Court No. 77863


Before Morriss, C.J., Carter and Moseley, JJ.

# ORDER

On June 4, 2013, this Court entered an order referring this case to mediation and abating the appellate timetables pending the outcome of that mediation. The parties have now filed an Agreed Motion for Abatement indicating that they have scheduled the matter for mediation on July 24, 2013, and requesting that the Court extend its abatement of the filing deadlines in this matter pending the outcome of the scheduled mediation.

In an effort to facilitate resolution of this matter through mediation, we grant the parties' motion and internally abate this appeal until August 1, 2013. The abatement will lift on August 1, and appellant's brief will be due thirty days from that date.

IT IS SO ORDERED.

BY THE COURT

Date:        July 3, 2013

2